## IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 14-0183

ST. LUKE'S SUGAR LAND
PARTNERSHIP, L.L.P. AND ST.
LUKE'S COMMUNITY
DEVELOPMENT CORPORATION-
SUGAR LAND

v.

SHATISH PATEL, M.D.,
HEMALATHA VIJAYAN, M.D.,
SUBODH SONWALKAR, M.D. AND
WALLEY OLADUT, M.D.

§
§
§
§
§
§
§

Harris County,

1st District.

**October 24, 2014**

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

**January 9, 2015**

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.



I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do   hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, ST. LUKE'S SUGAR LAND PARTNERSHIP, L.L.P. AND ST. LUKE'S COMMUNITY DEVELOPMENT CORPORATION-SUGAR LAND, pay all costs incurred on this petition.

FILE COPY

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 22nd day of January, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk